```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 07 B 20739
   JUAN E DELGADO
   ANA MARIA DELGADO                      CHAPTER 13

                                          JUDGE: MANUEL BARBOSA

       Debtor
   SSN XXX-XX-2072    SSN XXX-XX-3558
```

---
                TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

   1. The case was filed on 11/06/07 and confirmed on 04/17/08.

   2. The case was dismissed after confirmation, 01/08/2009.

   3. The Debtor paid a total of $ 12866.00 .

   4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| AMERICAS SERVICING CO | CURRENT MORTG | .00 | .00 | .00 |
| AMERICAS SERVICING CO | SECURED | .00 | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| HOMEQ SERVICING CORP | UNSECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| HSBC MORTGAGE SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | SECURED VEHIC | 11375.00 | 576.65 | 2999.52 |
| TOYOTA MOTOR CREDIT CORP | SECURED VEHIC | 17534.53 | 888.90 | 4623.67 |
| ILLINOIS DEPT REVENUE | PRIORITY | 5317.60 | .00 | .00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 2873.09 | .00 | 239.43 |
| INTERNAL REVENUE SERVICE | NOTICE ONLY | NOT FILED | .00 | .00 |
| ALL DATA | UNSECURED | NOT FILED | .00 | .00 |
| ALLSTATE INSURANCE CO | UNSECURED | NOT FILED | .00 | .00 |
| BECKET & LEE LLP | UNSECURED | 2984.83 | .00 | .00 |
| AMERIQUEST | UNSECURED | NOT FILED | .00 | .00 |
| ASSOCIATED CREDIT SERVIC | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 284.89 | .00 | .00 |
| CAPITAL ONE BANK | UNSECURED | 459.06 | .00 | .00 |
| CARQUEST | UNSECURED | NOT FILED | .00 | .00 |
| CERTIFIED SERVICES INC | UNSECURED | NOT FILED | .00 | .00 |
| CHASE MANHATTAN BANK USA | UNSECURED | NOT FILED | .00 | .00 |
| BANK ONE/JPM CHASE | UNSECURED | 2138.83 | .00 | .00 |
| CLAIMS ACCOUNTING | UNSECURED | NOT FILED | .00 | .00 |
| COMMERICAL RECOVERY CORP | UNSECURED | NOT FILED | .00 | .00 |
| DS WATERS | UNSECURED | NOT FILED | .00 | .00 |
| DEPARTMENT OF EMPLOYMENT | UNSECURED | NOT FILED | .00 | .00 |
| DUNDEE ANIMAL HOSPITAL | UNSECURED | NOT FILED | .00 | .00 |

```
ELGIN CITY EMPLOYEES CRE  UNSECURED         NOT FILED          .00            .00
FIRST REVENUE ASSURANCE   UNSECURED         NOT FILED          .00            .00
GC SERVICE LIMITED PARTN  UNSECURED         NOT FILED          .00            .00
GMAC                      UNSECURED          6805.99           .00            .00
GREGORY M KARR            UNSECURED         NOT FILED          .00            .00
HSBC                      UNSECURED         NOT FILED          .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1158.68           .00            .00
HSBC                      UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED          1467.32           .00            .00
INNOVATIVE MERCHANT SOLU  UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED           410.61           .00            .00
LEADING EDGE              UNSECURED         NOT FILED          .00            .00
LEE AUTO PARTS INC        UNSECURED          5461.32           .00            .00
LVNV FUNDING              UNSECURED         NOT FILED          .00            .00
MEDICAL RECOVERY SPECIAL  UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED          .00            .00
NCO FINANCIAL SYSTEMS     UNSECURED         NOT FILED          .00            .00
NICOR GAS                 UNSECURED         NOT FILED          .00            .00
NICOR GAS                 UNSECURED         NOT FILED          .00            .00
NSF                       UNSECURED         NOT FILED          .00            .00
PRO CONSULTING SERVICES   UNSECURED         NOT FILED          .00            .00
RMS                       UNSECURED         NOT FILED          .00            .00
RSI ENTERPRISES           UNSECURED         NOT FILED          .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED           514.69           .00            .00
SEARS BKRUPTCY RCVRY MGM  UNSECURED         NOT FILED          .00            .00
SHERMAN HOSPITAL          UNSECURED         NOT FILED          .00            .00
SNAP ON CREDIT            UNSECURED         16832.30           .00            .00
ECAST SETTLEMENT CORPORA  UNSECURED           444.48           .00            .00
CAPITAL ONE BANK          UNSECURED          1979.02           .00            .00
UNIVERSAL UNDERWRITERS A  UNSECURED         NOT FILED          .00            .00
AFNI/ VERIZON WIRELESS    UNSECURED           739.06           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          1521.31           .00            .00
PORTFOLIO RECOVERY ASSOC  UNSECURED          3762.12           .00            .00
AMERICAS SERVICING CO     MORTGAGE ARRE     17114.88           .00        1228.46
AMERICAS SERVICING CO     MORTGAGE ARRE      1428.98           .00         102.57
ILLINOIS DEPT REVENUE     UNSECURED           598.38           .00            .00
NUVELL CREDIT COMPANY LL  UNSECURED           359.52           .00            .00
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------
      Summary of disbursements:
------------------------------------------------------------------------------
                 SECURED      PRIORITY    UNSECURED       OTHER         TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED   47453.39     8190.69    47922.41         .00     103566.49
PRINCIPAL PAID        8954.22      239.43        .00          .00       9193.65
INTEREST PAID         1465.55         .00        .00          .00       1465.55
TOTAL PAID           10419.77      239.43        .00          .00      10659.20
The Debtor's attorney, COSTELLO & COSTELLO         , was allowed $   3500.00
and was paid $   2000.00   direct and $   1500.00   through the plan.

The Trustee received $     706.80 .

Refunds to the Debtor totaled $        .00 .

     Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.
```

```
Dated: 03/12/09                         /S/
                                  GLENN STEARNS
                                  CHAPTER 13 TRUSTEE
```

                                PAGE   3
        CASE NO. 07 B 20739 JUAN E DELGADO & ANA MARIA DELGADO